An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL DOTY,
                    Appellant,
        vs.
TONYA DUBIN,
                    Respondent.

No. 69010

FILED

NOV 0 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying reconsideration of a child custody decision. Eighth Judicial District Court, Family Court Division, Clark County; Denise L. Gentile, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be prematurely filed, before the entry of a final written judgment on reconsideration, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-33808

cc: Hon. Denise L. Gentile, District Judge, Family Court Division
Michael Doty
Robinson Law Group
Eighth District Court Clerk